THE STATE, GEORGE B. SWAIN ET AL., PLAINTIFFS IN ERROR, v. JOSEPH E. HAYNES ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court.   For opinion of Supreme Court, see *ante p.* 82.

For the plaintiffs in error, *John R. Emery.*

For the defendants in error, *Frederic W. Stevens.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MAGIE, REED, SCUDDER, VAN SYCKEL, WERTS, BOGERT, BROWN, SMITH, WHITAKER.   11.

*For reversal*—None.